

July 21, 2021

Getwell Pharmacy of Tennessee, Inc.
Attn: Ricky Allan Chambers
8856 Calkins Hill Cove
Germantown, TN 38139

RE:   Intention to Provide Loan

Mr. Chambers:

With regard to your recent application for funding in the amount of $10,000 for Getwell Pharmacy of Tennessee, Inc. ("Getwell") from Broadway Advance, LLC, Broadway Advance, LLC agrees to provide a loan in the amount of $10,000 to Getwell that is secured by all assets of Getwell. Broadway Advance, LLC's lien in all assets of Getwell must prime all existing liens.

Assuming these terms are acceptable, Broadway Advance, LLC looks forward to providing additional working capital to Getwell.

Sincerely,

BROADWAY ADVANCE, LLC

Nicholas Defonte

241 37th St B432 Brooklyn, New York 11232 | (M) 212.804.8083 | (F) 646.453.7336

**EXHIBIT A**