**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

In re:

    GETWELL PHARAMCY OF TENNESSEE, INC.,    Case No. 21-21598-H
                                                                                 Chapter 11, Subchapter V

                                                 Debtor.

---

**MOTION TO SET HEARING ON EMERGENCY BASIS ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO INCUR POST-PETITION CREDIT**

---

        Comes now GetWell Pharmacy of Tennessee, Inc., as debtor and debtor-in-possession in the above-captioned Chapter 11 case ("Debtor"), and files its Motion to Set Hearing on Emergency Basis on Debtor's Emergency Motion for Entry of Order Authorizing Debtor to Incur Post-Petition Credit [Doc 49] (the "Motion"), and in support thereof, would respectfully show as follows, to wit:

        1.        On May 13, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. On May 18, 2021, Michael P. Coury was appointed as Subchapter V Chapter 11 Trustee in this case.

        2.        On July 14, 2021, a Second Interim Order Authorizing the Use of Cash Collateral and Providing Adequate Protection to AmerisourceBergen Drug Corporation [Doc 42] was entered.

        3.        There is currently an August 27, 2021, expiration on the Debtor's authority to use cash collateral and the need for funds to continue operations after that date is needed.

        4.        On July 22, 2021 the Debtor filed an Emergency Motion for Entry of Order

Authorizing Debtor to Incur Post-Petition Credit requesting that the Court enter an Order authorizing it to incur post-petition financing.

5. The Debtor believes an emergency setting of its Motion is warranted due to the expiration on August 27, 2021, of Debtor's authority to use cash collateral and the need for the funds to continue operations after that date.

6. Debtor seeks to have the Motion heard on July 27, 2021, at 9:30 a.m.

7. Other grounds may be raised upon a hearing hereof.

Respectfully submitted,

By:    /s/ Steven N. Douglass
Steven N. Douglass (Tenn. Disc. No. 9770)
Harris Shelton Hanover Walsh, PLLC
40 S. Main Street, Suite 2210
Memphis, Tennessee 38103-2555
(901) 525-1455
snd@harrisshelton.com
*Counsel to the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I certify that on July 22, 2021, the foregoing document was served on the United States Trustee, and all parties or their counsel on the matrix through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Steven N. Douglass
Steven N. Douglass