**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re:

GETWELL PHARAMCY OF TENNESSEE, INC.,      Case No. 21-21598-H
                                                                                   Chapter 11, Subchapter V

                           Debtor.

**ORDER APPROVING MOTION TO SET HEARING ON EMERGENCY BASIS**

This matter came upon for the Court's consideration on the Motion to Set Hearing on Emergency Basis [Doc 49] regarding the Emergency Motion for Entry of Order Authorizing Debtor to Incur Post-Petition Credit [Doc 50] filed by GetWell Pharmacy of Tennessee, Inc. ("Debtor"). The Court, having considered this Motion, and finds that it has jurisdiction over tis proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the deadline for filing any written objections to the Emergency Motion for Entry of Order Authorizing Debtor to Incur Post-Petition Credit shall be _____, 2021.

**IT IS FUTHER ORDERED** that a hearing on the Emergency Motion for Entry of Order Authorizing Debtor to Incur Post-Petition Credit shall be held on July 27, 2021, at \_\_:\_\_ \_.m. for any objections to the Motion.

Approved:

/s/ Steven N. Douglass
Steven N. Douglass (TN Disc. No. 09770)
40 S. Main Street, Suite 2210
Memphis, Tennessee 38103
Telephone: (901) 525-1455
Facsimile: (901) 526-4084
Email: sdouglass@harrisshelton.com
*Proposed Counsel for the Debtor and Debtor-in-Possession*

To be served upon the U.S. Trustee, the Subchapter V Trustee, and the matrix.